# Third District Court of Appeal

## State of Florida

Opinion filed September 29, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1543
Lower Tribunal No. F18-1429
_____


**Vaughan Johnson, Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Vaughan Johnson, Jr., in proper person.

Ashley Moody, Attorney General, for appellee.


Before FERNANDEZ, C.J., and LOGUE, and BOKOR, JJ.

PER CURIAM.

Affirmed.